**Order entered January 9, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-22-01372-CV**

**IN RE CEDRIC MILLAGE, Relator**

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80247-07**

**ORDER**
Before Justices Reichek, Carlyle, and Kennedy

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

> /s/    NANCY KENNEDY
>        JUSTICE